PHILLIP A. TALBERT
Acting United States Attorney
DEBORAH LEE STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration
ASIM H. MODI, NY SBN 4692018
Special Assistant United States Attorney
    Social Security Administration
Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| EMILY SUZZAN WILLIAMS,<br><br>    Plaintiff,<br><br>        v.<br><br>CAROLYN W. COLVIN<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No. 1:15-cv-1775-BAM<br><br>**STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE** |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, to extend Defendant's time to file her response to Plaintiff's opening brief by **35 days** to **September 9, 2016**, and that all other scheduling dates set forth in the Court's Case Management Order shall be extended accordingly.  This is Defendant's first request for an extension of time in this matter.

There is good cause for this extension request.  First, a 35-day extension is necessary because counsel for Defendant requires additional time to adequately research and analyze Plaintiff's legal claims.  Second, counsel for Defendant has workload issues that preclude filing the answering brief by August 5, 2016.  Specifically, counsel for Defendant is responsible for drafting various pleadings before the district courts within the Ninth Circuit, drafting an appellate pleading before the Ninth Circuit, and negotiating or litigating attorney fee matters pursuant to the Equal Access to Justice Act.  Counsel for Defendant is also responsible for conducting

discovery and preparing substantive motions in personnel litigation before the Equal Employment Opportunity Commission and Merit Systems Protection Board.   Accordingly, Defendant needs additional time to prepare her responsive brief.

Counsel for Defendant apologizes to the Court for any inconvenience caused by this delay.

|  |  |
|---|---|
| Date: _August 3, 2016_ | Respectfully submitted,<br>PENA & BROMBERG, PLC |
| By: | _/s/ Asim H. Modi  for Jonathan O. Pena*_<br>JONATHAN O. PENA<br>*Authorized by email on August 3, 2016*<br>Attorneys for Plaintiff |
| Date: _August 3, 2016_ | PHILLIP A. TALBERT<br>Acting United States Attorney<br>DEBORAH LEE STACHEL<br>Acting Regional Chief Counsel, Region IX<br>Social Security Administration |
| By: | _/s/ Asim H. Modi_<br>ASIM H. MODI<br>Special Assistant United States Attorney<br>Attorneys for Defendant |

## ORDER

Based upon the stipulation of the parties, and for cause shown, IT IS HEREBY ORDERED, that Defendant shall have a 35-day extension, or until September 9, 2016, in which to file an Opposition to Plaintiff's Opening Brief; and that all other deadlines set forth in the Case Management Order shall be extended accordingly

IT IS SO ORDERED.

Dated:   **August 3, 2016**          /s/ *Barbara A. McAuliffe*
                                    UNITED STATES MAGISTRATE JUDGE